IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Cr. No. 1:07-cr-00052 Erie |
| | ) | (Civ. No. 12-61 Erie) |
| JASON SCALISE, | ) | |

## ORDER ON JOINT REQUEST FOR AN AMENDED JUDGMENT

On July 20, 2015, the Court granted Petitioner Jason Scalise's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, filed at Criminal No. 07-52 Erie, based on the parties joint request to resolve the motion to vacate and to proceed to a sentencing hearing. ECF No. 120. We granted the 2255 petition, vacated the August 6, 2009 Judgment and set a sentencing hearing. The parties have now filed a Joint Request for an Amended Judgment indicating that they have come to an agreement as to the appropriate sentence in this case.

We originally sentenced Mr. Scalise to a total term of imprisonment of 168 months to be followed by 10 years of supervised release. The parties request that we impose a sentence of 100 months' imprisonment at Count 1 and 100 months' imprisonment at Count 2, to be served concurrently. The parties further request that the term of imprisonment be followed by 5 years of supervised release, with the first 8 months to be served on home detention, with all other terms and conditions of supervision originally imposed to remain the same. We will grant this request, and enter an Amended Judgment.

AND NOW, to-wit, this 6th day of October, 2015, it is hereby ORDERED, ADJUDGED, and DECREED that the Joint Request for an Amended Judgment is hereby GRANTED.

The Court will enter an AMENDED JUDGMENT sentencing Defendant to 100 months of incarceration on Count One and 100 months of incarceration at Count Two, to be served concurrently for a total term of imprisonment of 100 months. The term of imprisonment shall be followed by a supervised release of 5 years, with the first 8 months to be served on home detention. All other terms and conditions of supervision originally imposed will remain in full force and effect.

IT IS FURTHER ORDERED that the sentencing hearing set for November 4, 2015 is CANCELLED.

Maurice B. Cohill, Jr.
Senior United States District Judge